istrative judge made the further finding that the evidence clearly and convincingly showed that the agency would have taken the same action against Mr. Gomez even in the absence of his asserted protected disclosure. That finding, like the first, is supported by substantial evidence.

Although Mr. Gomez argues at length about the facts of the case, contending that the administrative judge should not have found the facts against him, the standard of review on an appeal from factual findings of the Board is a difficult one for an appellant to overcome, especially when the Board's findings are based on credibility determinations. *See King v. Dep't of Health & Human Servs.,* 133 F.3d 1450, 1453 (Fed.Cir.1998) ("an evaluation of witness credibility is within the discretion of the Board and ... such evaluations are 'virtually unreviewable' "); *Hayes v. Dep't of the Navy,* 727 F.2d 1535, 1537 (Fed.Cir. 1984) (Board's factual findings must be upheld if "it has a rational basis supported by substantial evidence from the record taken as a whole. The record need only disclose such relevant evidence as might be accepted by a reasonable mind as adequate to support the conclusion reached."). We hold that Mr. Gomez has failed to satisfy that exacting standard in this case, and we therefore sustain the ruling of the Board rejecting his IRA appeal.

Donald L. CRANE, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 2006–3238.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Patricia A. BURNS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2006–3250.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

Patricia A. Burns, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Geraldine H. WANG, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2006–3256.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**William F. COACH, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2006–3332.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

William F. Coach, pro se.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ricky W. FOWLER, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3314.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2006.

Ricky W. Fowler, pro se.